2

FILED

MAR 19 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re ) Case No. 11-60571-B-13
)
Linda Lee Rodriguez, )
)
        Debtor. )
)

**ORDER DENYING EX PARTE APPLICATION
FOR PAYMENT OF UNCLAIMED FUNDS**

Based on the Memorandum Decision on file herewith, and good cause appearing,

IT IS HEREBY ORDERED that Robert Peterson's application for unclaimed funds, submitted by Dilks & Knopik, LLC, is DENIED WITHOUT PREJUDICE.

Dated: March 19, 2013

W. Richard Lee
United States Bankruptcy Judge

Linda Lee Rodriguez, Case No. 11-60571-B-13

Joseph M. Arnold, Esq.
Attorney at Law
30 River Park Place West, #420
Fresno, CA 93720

Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

Robert Peterson
2029 Tulare Street
Selma, CA 93662

Michael H. Meyer, Esq.
Chapter 13 Trustee
P.O. Box 28950
Fresno, CA 93729-8950

Karen Ceriani
Financial Administrator
U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814

Office of the U.S. Trustee
U.S. Courthouse
2500 Tulare St., Ste. 1401
Fresno, CA 93721